# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>440 High Street<br>Southbridge, Massachusetts | )<br>)<br>)  Case No. 17-mj-4022-DHH<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The basement level (including garage) of 440 High Street, Southbridge, Massachusetts, described in Exhibit B.

located in the _____ District of ___Massachusetts___, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence and instrumentalities of violations of 21 U.S.C. § 841(a)(1) (Distribution of a controlled substance) and 21 U.S.C. § 846 (Conspiracy to distribute a controlled substance).  Items to be seized are detailed in Exhibit D.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. § 846 | Conspiracy to distribute a controlled substance |

The application is based on these facts:

Please see attached affidavit by DEA Special Agent David M. DiTullio

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David M. DiTullio - DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Feb 14, 2017**

*Judge's signature*

City and state: Worcester, Massachusetts

United States Magistrate Judge David H. Hennessy
*Printed name and title*